◼ Corey L. Kerner, Respondent, v Robert Kerner, Appellant. (Appeal No. 1.) [691 NYS2d 813] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Custody.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

◼ Corey L. Kerner, Respondent, v Robert Kerner, Appellant. (Appeal No. 2.) [691 NYS2d 813] —Amended judgment

unanimously affirmed without costs. Memorandum: Contrary to defendant's contention, Supreme Court's award of custody of the parties' child to plaintiff is supported by a sound and substantial basis in the record and is not contrary to the weight of the evidence (*see, Eschbach v Eschbach*, 56 NY2d 167, 171-174; *Matter of Paul C. v Tracy C.*, 209 AD2d 955, 956; *cf., Matter of Meyers v Halladay*, 242 AD2d 887; *Fox v Fox*, 177 AD2d 209, 211-212). (Appeal from Amended Judgment of Supreme Court, Erie County, Flaherty, J.—Custody.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.